UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY HARVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | No. CV 16-8551 FFM<br><br>JUDGMENT |

  In accordance with the Memorandum Decision and Order filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: April 23, 2018

              /S/FREDERICK F. MUMM
              FREDERICK F. MUMM
             United States Magistrate Judge